# SCHEDULE CTO-67 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

# SCHEDULE CTO-8 - TAG-ALONG ACTIONS
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 27 2006 ★
BROOKLYN OFFICE

| DIST. DIV. C.A.# | CASE CAPTION | |
|---|---|---|
| **CALIFORNIA NORTHERN** | | |
| CAN 3 06-1307 | Thelma D. Graham v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-5217 |
| CAN 4 06-2041 | Ramon Howell, et al. v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-5218 |
| **MISSOURI EASTERN** | | |
| MOE 4 05-2243 | Richard Philpott v. Janssen Pharmaceutica, L.P., et al. | 06-CV-5219 |
| MOE 4 06-259 | Lori Santacroce v. Janssen Pharmaceutica, L.P., et al. | 06-CV-5220 |
| MOE 4 06-623 | Billy Collins v. Janssen Pharmaceutica, L.P., et al. | 06-CV-5221 |
| MOE 4 06-649 | Dawn Samp v. Janssen Pharmaceutica, L.P., et al. | 06-CV-5222 |
| MOE 4 06-653 | Deborah Honey v. Janssen Pharmaceutica, L.P., et al. | 06-CV-5223 |
| MOE 4 06-723 | Patricia Nations v. Janssen Pharmaceutica, L.P., et al. | 06-CV-5224 |
| MOE 4 06-786 | Arthur Crum v. Janssen Pharmaceutica, L.P., et al. | 06-CV-5225 |
| MOE 4 06-1006 | Sharon Beggs v. Janssen Pharmaceutica, L.P., et al. | 06-CV-5226 |
| MOE 4 06-1088 | Patricia A. Davis v. Janssen Pharmaceutica, L.P., et al. | 06-CV-5228 |
| MOE 4 06-1089 | Doris Heathman v. Janssen Pharmaceutica, L.P., et al. | 06-CV-5229 |
| MOE 4 06-1171 | Tammy Lilly v. Janssen Pharmaceutica, L.P., et al. | 06-CV-5230 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 3 06-149 | Earl Willie McNair v. Janssen Pharmaceutica Products, L.P., et al. | 06-CV-5231 |
| MSS 4 06-35 | Angela Burley, etc. v. Janssen Pharmaceutica, L.P., et al. | 06-CV-5232 |
| **TEXAS SOUTHERN** | | |
| TXS 4 06-1963 | Frank Kellner, et al. v. Eli Lilly & Co., et al. | 06-CV-5233 |